# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

| | |
|---|---|
| CULLEN THOMAS SMITH, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:18-cv-233-GHD-DAS |
| ) | |
| MUELLER COPPER TUBE ) | JURY TRIAL DEMANDED |
| COMPANY, INC. ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW,** the Parties, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, having entered into a voluntary settlement of all claims in this litigation, hereby stipulate to the dismissal, with prejudice, of the above-captioned action, each Party to bear their own costs except as otherwise agreed.

DATED: October 25, 2019.

Respectfully submitted,

s/ *Russell W. Jackson*  
Russell W. Jackson (MS#105787)  
**FORDHARRISON LLP**  
1715 Aaron Brenner Drive, Suite 200  
Memphis, Tennessee 38120  
Telephone: (901) 291-1500  
Facsimile: (901) 291-1501  
rjackson@fordharrison.com  

*Attorney for Defendant*

s/ *Ron L. Woodruff*  
Ron L. Woodruff (MS#100391)  
Jim Waide (MS#6857)  
WAIDE & ASSOCIATES, P.A.  
332 North Spring Street  
Tupelo, MS 38804-3955  
Post Office Box 1357  
Tupelo, MS 38802-1357  
Telephone: (662) 842-7324  
Facsimile: (662) 842-8056  
Email: waide@waidelaw.com  

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that I have on this 25th day of October, 2019, served a true and correct copy of the foregoing document, via the Court's Electronic Filing System upon the following counsel of record:

>Ron Woodruff
>Jim D. Waide, III
>Waide & Associates, PA
>P.O. Box 1357
>Tupelo, MS  38802-1357

>       /s/ Russell W. Jackson